**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.**

**CASE NO. 5:26-MJ-3061-EBA**

**KADRIOAN SERAINITY SANTIAGO**

\*\*\*\*\*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, John Z. Downing, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 2020.  I am currently assigned to the Louisville Division of the FBI, specifically the Joint Terrorism Task Force (JTTF), and I work on a variety of criminal and national security matters. From 2013 to 2020, I was a Police Officer for the University of Kentucky Police Department in Lexington, Kentucky. From 2017 to 2020, I was assigned to the FBI Joint Terrorism Task Force as a Task Force Officer. I am currently assigned to the Lexington Resident Agency of the Louisville Field Office, which conducts investigations into gangs, drugs, violent crimes against children, financial crimes, and terrorism. My duties, responsibilities, and training as a Special Agent with the FBI include investigating violations of federal law. I have been involved in the execution of

1

search and arrest warrants. I have experience investigating national security threats, to include international terrorism and domestic terrorism. As a federal law enforcement officer, I am authorized to execute search and seizure warrants under Rule 41 of the Federal Rules of Criminal Procedure.

2.     I am a federal law enforcement officer as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, and I am authorized by law to execute an arrest warrant pursuant to Rule 4(c)(1).

3.     This affidavit is being submitted in support of a criminal complaint. For the reasons set forth below, I respectfully submit that this affidavit contains probable cause to believe that **KADRIOAN SERAINITY SANTIAGO** has committed a violation of Title 18 U.S.C. § 875(c) (Interstate Threatening Communication). I make this affidavit based upon personal knowledge derived from my participation in this investigation and upon information communicated or reported to me during the investigation by other participants in the investigation. This affidavit is intended to show only that there is probable cause to support the complaint for the requested arrest warrant. This affidavit does not set forth all of my knowledge about this matter.

## RELEVANT STATUTE

4.     Title 18, United States Code, Section 875(c) makes it a felony to knowingly transmit in interstate or foreign commerce a communication that contains a threat to kidnap any person or to injure the person of another for the purpose of making a threat or knowing that the communication would be viewed as a threat. A "'threat' means a statement that is a serious expression of intent to inflict bodily harm on a particular person or a particular

2

group of individuals that a reasonable observer would perceive to be an authentic threat. To qualify as a threat, the statement need not be communicated to the targeted individual[s]. The government need not prove that there was intent or capability to carry out the threat at the time it was made or that the targeted individual[s] knew about the threat." Sixth Circuit Pattern Instructions, Section 18.01.

## PROBABLE CAUSE

5.    On April 1, 2026, the Federal Bureau of Investigations (FBI) Domestic Terrorist Targeting Unit (DTTU-1) received voluntarily provided information from META on an Instagram user under the name "kadi_skating" (UID ███████) who discussed planning to cut President Trump's face with a razor blade, pulling his skin off and feeding the skin to stray dogs in addition to killing law enforcement and shooting ICE agents in furtherance of a partisan political extremist ideology.

6.    For background, Instagram is a free-access social networking website and application that is owned, maintained, controlled and operated by META Platforms, Inc which is located at 1 Meta Way, Menlo Park, California. Users can access Instagram through the Instagram website or by using a special electronic application ("app") created by the company that allows users to access the service through a mobile device. Instagram allow users to post and share various types of user content, including photos, videos, captions, comments, and other materials.

7.    In January 2026, kadi_skating posted "im filled with political violence." On March 2, 2026, kadi_skating posted "death to trump." kadi_skating discusses that the American people need to start shooting ICE agents. On March 2, 2026, kadi_skating

3

posted "STUFF A GRENADE IN THEIR AHH AND BLOW IT UP" and "LETS GOOOO no one is spared all of ice is going to die by my hand." kadi_skating posted several photographs with an assault weapon and on March 5, 2026, posted "and I'll defend your queer rights with my guns."

8.    Based on Facebook and open-source analysis, DTTU-1 assessed the user's true name is Kadrioan Serainity Santiago, associated with residential address █████████ ████████ Kentucky 40403-9244. Subscriber information provided by META is listed below:

- Instagram IGID: ███████████
- Full Name: Kadrioan Santiago
- Username: kadi_skating
- DOB: ██████ 2002
- Age: 23
- Gender: Male
- Associated Email Address: ████████████████████ Confirmed on September 19, 2017 11:06:29 pm UTC
- Associated Phone Number: +███████████ Verified on July 25 2025 06:54:50 am UTC
- Registration Date: July 25, 2025 06:54:48 am UTC
- Bio: Skating till my trucks fall off and my legs shatter. 23 autistic. (kill yourself RFK)

4

9.    Between January 27, 2026, and March 27, 2026, kadi_skating (UID ████████) sent the following messages to an unidentified user:

• kadi_skating: "i said ted cruze should take his own life." [January 27, 2026]

• kadi_skating: "im filled with political violence now." [January 8, 2026].

• kadi_skating: "i think netenyahu should be publicly executed." [March 2, 2026]

• kadi_skating: "death to trump." [March 2, 2026]

• kadi_skating: "death to the American nazi regime." [March 2, 2026].

• kadi_skating: "and the american people NEED to start shooting at the necks, legs, and arms of ICE agents." [March 2, 2026]

• kadi_skating: "STUFF A GRENADE IN THEIR AHH AND BLOW IT UP." [March 2, 2026]

• kadi_skating: "LETS GOOOO no one is spared all of ice is going to die by my hands." [March 2, 2026]

• kadi_skating: "and i'll defend your queer rights with my guns." [March 5, 2026]

• kadi_skating: "I wanna kill n*zis bad." [March 23, 2026]

• kadi_skating: sent a video depicting a user resembling Santiago wearing military style attire and an assault firearm [March 23, 2026].

• kadi_skating: sent an image depicting an assault firearm resting on top an individual wearing a military uniform. The image contained the caption "registered car, unregistered firearms" [March 23, 2026].

• kadi_skating: image of an assault rifle placed over the lap of an individual wearing green pants [March 24, 2026].

5

- kadi_skating: "I got the 40 loaded." [March 24, 2026]

- kadi_skating: sent a video to depict an assault rifle and magazine loaded with ammunition [March 24, 2026].

- kadi_skating: "DEATH TO TRUMP." [March 25, 2026]

- kadi_skating: sent a video that contained "Death to Trump" message [March 25, 2026].

- kadi_skating: "just paid 300$ for a ticket that i didn't even know i had from 2024 i plan to kill the next living member of any form of law enforcement that interacts with me. @potus youd better never let me get my hands on you. i will actually drag a razor blade down your face and slip it under your skin and pull your skin off, cook it and feed it to some stray dogs." [March 27, 2026]

10. On April 3, 2026, FBI Special Agent Downing opened a full-field investigation based on an articulable factual basis that reasonably indicated Kadrioan Santiago is engaged in criminal activity in violation of federal law involving the use or threat of violence in furtherance of a politically motivated violent extremist ideology.

11. For background, the Anti-Government or Anti-Authority Violent Extremist (AGAAVE) threat encompasses the potentially unlawful use or threat of force or violence, in furtherance of political and/or social agendas, which are deemed to derive from anti-government or anti-authority sentiment, including opposition to perceived economic, social, or racial hierarchies, or perceived government overreach, negligence, or illegitimacy. This threat category typically includes threats from anarchist violent extremists (AVEs), militia violent extremists (MVEs), Puerto Rican national violent

6

extremists (PRNVEs), sovereign citizen violent extremists (SCVEs), and other anti-government or anti-authority violent extremists (AGAAVE-Other).

12.     On April 3, 2026, FBI Special Agent Downing reviewed the digital evidence provided by META. Below are screenshots which were deemed pertinent to this investigation and evidence of a violation of Title 18 U.S.C. § 875(c) (Interstate Threatening Communication):

- On January 29, 2026, 08:03:02 pm UTC, user kadi_skating posted:



- On March 3, 2026, 10:48:29 pm UTC kadi_skating posted:



- On March 23, 2026, 05:39:00 pm UTC, kadi_skating posted:



- On March 24, 2026, kadi_skating posted:

 

- On March 25, 2026, 05:40:01 pm UTC, kadi_skating posted:



- On March 27, 2026, 05:35:05 pm UTC, kadi_skating posted:



- On March 27, 2026, 05:38:00 pm UTC, kadi_skating posted:



13.     On April 3, 2026, FBI Special Agent Downing requested criminal history, Kentucky vehicle registration, and Kentucky Driver's License documents specific to Kadrioan Santiago. Review of the documents provided by NCIC revealed Kadrioan Santiago is the registered owner of a Red 2012 Toyota RAV4 bearing Kentucky registration plate ████████ with a registered address of ████████████████████ Lexington, KY that is current until November 30, 2026. Of note, the January 29, 2026, post by kadi_skating depicts the rear portion of a Red Toyota RAV4 with multiple bumper stickers and "Death 2 Trump" written in the rear windshield dust.

13

14.     The Kentucky Driver's License belonging to Kadrioan Santiago documents his address as ████████████████████ Lexington, KY. Although the license is suspended, it does not expire until ████████ 2027. The license indicates his next of kin as ██████████ with the relationship of mother which open source information indicates as living at ████████████████. The photo on the license (see below) matches the identity of photos being posted by kadi_skating.



Photo Date : 02/18/2026

**Name**
**KADRIOAN SERAINITY SANTIAGO**

15.     On April 9, 2026, FBI Task Force Officer (TFO) Robert Terry conducted a FLOCK Safety Search for Kadrioan Santiago's Red Toyota RAV4 bearing Kentucky license plate ████████. Search results yielded multiple dates of travel in the Eastern District of Kentucky during the time frame of kadi-skating's posting of threatening communication. Search result details are listed below:

March 11, 2026: Danville, Kentucky

March 12, 2026: Danville, Kentucky

March 12, 2026: Lawrenceburg, Kentucky

14

March 13, 2026: Lawrenceburg, Kentucky

March 16, 2026: Lawrenceburg, Kentucky

March 17, 2026: Lawrenceburg, Kentucky

March 17, 2026: Danville, Kentucky

March 18, 2026: Lawrenceburg, Kentucky

March 21, 2026: Danville, Kentucky

March 21, 2026: Lancaster, Kentucky

March 21, 2026: Berea, Kentucky

March 21, 2026: Lexington, Kentucky

March 21, 2026: Nicholasville, Kentucky

March 21, 2026: Boyle County, Kentucky

March 22, 2026: Lexington, Kentucky

March 22, 2026: Nicholasville, Kentucky

March 22, 2026: Boyle County, Kentucky

March 22, 2026: Danville, Kentucky

March 23, 2026: Danville, Kentucky

March 23, 2026: Jessamine County, Kentucky

March 23, 2026: Lexington, Kentucky

March 23, 2026: Versailles, Kentucky

March 26, 2026: Garrad County, Kentucky

March 26, 2026: Boyle County, Kentucky

March 26, 2026: Danville, Kentucky

15

No Flock Safety hits between March 27, 2026 and April 5, 2026

April 6, 2026: Danville, Kentucky

April 6, 2026: Lancaster, Kentucky

April 6, 2026: Berea, Kentucky

April 7, 2026: Berea, Kentucky

April 8, 2026: Berea, Kentucky

April 8, 2026: Boyle County, Kentucky

April 8, 2026: Danville, Kentucky

16.    Based on the foregoing, I believe that Santiago was in the Eastern District of Kentucky at the time that he made the threatening communication.

## CONCLUSION

17.    I believe that the facts set forth above support that there is probable cause to believe that on or about March 27, 2026, in the Eastern District of Kentucky, **KADRIOAN SERAINITY SANTIAGO** committed a violation of Title 18 U.S.C. § 875(c) (Interstate Threatening Communication).

WHEREFORE, your Affiant respectfully requests that the Court issue a warrant for the arrest of **KADRIOAN SERAINITY SANTIAGO**.

Respectfully submitted,

John Downing, by EBA with permission
John Zachary Downing
Special Agent
Federal Bureau of Investigation

16

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1

and 41(d) 3, on the ___10th___ da_ of A_ ril, 2026.

Signed By:

_Edward B. Atkins_  *ℓβA*

United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

17