Eastern District of Kentucky
FILED

MAY 07 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 2657-GFVT-MAS

KADRIOAN SERAINITY SANTIAGO

\*       \*       \*       \*       \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 875(c)

On or about March 27, 2026, in the Eastern District of Kentucky, and elsewhere, the

defendant,

**KADRIOAN SERAINITY SANTIAGO**

knowingly transmitted in interstate commerce a communication, that is an Instagram post,

that contained a threat, that is, a serious expression of intent to inflict bodily harm on a

person, to wit: the President of the United States, that a reasonable observer would perceive

to be an authentic threat, for the purpose of making a threat and knowing that the

communication would be viewed as a threat; specifically, **SANTIAGO** posted "@potus

youd better never let me get my hands on you. I will actually drag a razor blade down your

face and slip it under your skin and pull your skin off, cook it and feed it to some stray

dogs," all in violation of 18 U.S.C. § 875(c).

## COUNT 2
### 18 U.S.C. § 875(c)

On or about March 27, 2026, in the Eastern District of Kentucky, and elsewhere, the defendant,

**KADRIOAN SERAINITY SANTIAGO**

knowingly transmitted in interstate commerce a communication, that is an Instagram post, that contained a threat, that is, a serious expression of intent to inflict bodily harm on a particular group of individuals, to wit: law enforcement officers, that a reasonable observer would perceive to be an authentic threat, for the purpose of making a threat and knowing that the communication would be viewed as a threat; specifically, **SANTIAGO** posted "just paid 300$ for a ticket that i didn't even know I had from 2024 i plan to kill the next living member of any form of law enforcement that interacts with me," all in violation of 18 U.S.C. § 875(c).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461

1.     By virtue of the commission of the offenses alleged in this Indictment, **KADRIOAN SERAINITY SANTIAGO** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 875(c). Any and all interest that **KADRIOAN SERAINITY SANTIAGO** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.



JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

EMILY K. GREENFIELD
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 & 2:**  Not more than 5 years imprisonment, not more than a $250,000.00 fine, and not more than 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.